GEORGE P. DAY, Respondent, v. THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Motion denied.

In the Matter of the Estate of ROBERT ROTH, Deceased.  NEW YORK STOCK EXCHANGE SAFE DEPOSIT COMPANY, Appellant; CHESTER G. YAGER, Respondent.— Order reversed and motion denied, without costs.  All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of FELIX BRASTOWICZ, Respondent, for Compensation under the Workmen's Compensation Law, v. DOEHLER DIE CASTING COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MRS. IDA MILLER, Respondent, for Compensation, for Herself and Children, for the Death of SAMUEL MILLER, v. EMENESS AMUSEMENT COMPANY, Employer, and CONTINENTAL CASUALTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

WILLIAM R. MASON, Appellant, v. COLE & DIXON, INC., Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MARTHA O'ESAU, Widow, Respondent, for Compensation for Herself and Child under the Workmen's Compensation Law, for the Death of JOHN M. O'ESAU, v. E. W. BLISS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Judicial Settlement of the Account of ELLEN CALLAHAN, as Administratrix, etc., of THOMAS F. O'BRIEN, Deceased.— Orders unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of ADOLPH SCHIFF, Respondent, under the Workmen's Compensation Law, v. HERMAN SCHEUER and Others, Copartners, etc., and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MRS. KATIE BOTTJER, Appellant, v. WALL ROPE WORKS, INC., Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Respondents.— Decision of Commission setting aside and rescinding award to claimant unanimously affirmed.